LAW OFFICES OF
# LONDON & ROBIN

IRA D. LONDON (ret.)
AVROM ROBIN

99 PARK AVENUE
SUITE 2600
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: iradlondon@aol.com
avrom@mindspring.com

VIA ECF AND EMAIL

May 17, 2022

The Honorable Naomi Reice Buchwald
United States District Court Judge
U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. Amaya: FRANKIE CAPELLAN
      22-CR-10 (NRB)

Dear Judge Buchwald:

I write to request permission of the Court for CJA panel attorney Richard Palma to stand in for me on behalf of my client Frankie Capellan at the status conference on May 26, 2022 at 11 am. Mr. Palma has a client in this case also.

On March 25, 2022 I was assigned to represent Frankie Capellan pursuant to the Criminal Justice Act. Mr. Capellan was ordered detained on consent and is in custody at the Westchester County jail. I have been in frequent contact with him via videoconference calls. Mr. Capellan is aware that I will not be present in Court on May 26 and consents to Mr. Palma standing in for me on that date.

This request is made because prior to my appointment in this case I committed to an extensive work - related travel schedule and I will be out of New York on May 26, 2022.

Very truly yours,

*[signature]*
AVROM ROBIN

C:   A.U.S.A. Kaylan Lasky
     Richard Palma, Esq.

*[Handwritten annotation: Application granted. /s/ Naomi Reice Buchwald, USDJ 5/17/22]*