```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
```

THE UNITED STATES OF AMERICA,

    - against -                                    **ORDER**

FRANKIE CAPELLAN,                             22 Cr. 10(NRB)

                Defendant.

```
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    Pursuant to the Criminal Justice Act, Richard Rosenberg is assigned to represent defendant Frankie Capellan in substitution for Avron Robin, who has been relieved.

Dated:    New York, New York
           October 7, 2022

                                        */s/ Naomi Reice Buchwald*
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE